UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

=+=========================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 23-cr-828 (MAS) |
| Plaintiff, | : | Criminal Action |
| v. | : | NOTICE OF MOTION TO WITHDRAW |
| DAVID BUTLER, | : | GUILTY PLEA |
| Defendant. | : | Return Date: October 9, 2025 |

==========================

TO:  Office of the United States Attorney
     970 Broad Street
     Newark, NJ 07102
     Attn: George Barchini, Assistant U.S. Attorney

**PLEASE TAKE NOTICE** that on October 9, 2025, at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, defendant DAVID BUTLER will move before the Honorable Michael A. Shipp, U.S.D.J., for an Order withdrawing his guilty plea pursuant to Federal Rule of Criminal Procedure 11(d).

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, defendant shall rely on the annexed legal brief and the Declaration of defendant (with exhibits).

Respectfully Submitted,

*/s/ Vincent J. LaPaglia*

Vincent J. LaPaglia, Esq.
Attorney I.D. 012771976
51 Newark Street, Suite 308
Hoboken, NJ 07030
201-222-6615; 201-222-6318 fax
vjl@vlapaglialaw.com
Attorney for Defendant