```
==============================
                                    UNITED STATES DISTRICT COURT
UNITED STATES OF AMERICA,    :      DISTRICT OF NEW JERSEY
                             :      CRIMINAL NO. 23-cr-828 (MAS)
    Plaintiff,               :
                             :         Criminal Action
v.                           :
                             :      NOTICE OF MOTION  ON SHORT NOTICE
DAVID BUTLER,                :      TO RELEASE FROM DETENTION DUE TO
                             :      DEATH OF HIS MOTHER, SHARLENE BUTLER

    Defendant.               :
==============================
```

TO:  Office of the United States Attorney
     970 Broad Street
     Newark, NJ 07102
     Attn:  George Barchini, Assistant U.S. Attorney

**PLEASE TAKE NOTICE** that the undersigned attorney for defendant, David Butler, will move on short notice before the Honorable Jessica S. Allen to reverse the various orders of detention previously imposed in the above matter and to release defendant from custody due to the sudden death of his mother to make arrangements for his mother's burial, attend the funeral services and report back to jail the day after the funeral services are completed and his mother laid to rest.

**PLEASE TAKE FURTHER NOTICE** that counsel will rely upon the Certification of Vincent J. LaPaglia submitted herewith which incorporates the bail proposal.

                                          Respectfully Submitted,

                                              /s/ Vincent J. LaPaglia
                                          Vincent J. LaPaglia, Esq.
                                          Attorney I.D. 012771976
                                          51 Newark Street, Suite 308
                                          Hoboken, NJ 07030
                                          201-222-6615; 201-222-6318 fax
                                          vjl@vlapaglialaw.com
                                          Attorney for Defendant

Dated:  December 19, 2025