```
============================              UNITED STATES DISTRICT COURT
UNITED STATES OF AMERICA,:                DISTRICT OF NEW JERSEY
                         :                CRIMINAL NO. 23-cr-828 (MAS)
     Plaintiff,          :
                         :                   Criminal Action
v.                       :
                         :
DAVID BUTLER,            :
                         :                CERTIFICATION OF
     Defendant.          :                VINCENT J. LA PAGLIA
============================
```

VINCENT J. LA PAGLIA, being duly sworn, according to law, upon his oath certifies as follows:

1. I am an attorney licensed to practice in the State of New Jersey and have personal knowledge of the facts recited herein. I have been appointed to represent the defendant, David Butler. I submit this Certification in support of defendant's Motion to be released on bail due to the death of his mother, Sharlene Butler, to make arrangements for the mother's burial, attend the funeral services and report back to jail the day after the services are completed and his mother laid to rest.

2. Defendant had an initial appearance before Magistrate Judge Allen on July 6, 2023. At that time, prior counsel sought his release with the following conditions: release with electronic monitoring and home detention; reside with his girlfriend, Saneeta Baskerville with Ms. Baskerville serving as a third-party custodian; two co-signors to any bond - - Ms.

1

Baskerville and Tiffany Rush. (Both women are gainfully employed). Judge Allen ordered detention at that time. See ECF 19.

3. In September of 2023, defendant sought reconsideration of the Magistrate's decision. Defendant proposed the same bail package as before. Judge Allen heard argument on September 18, 2023, and denied defendant's application for bail. See Exhibit A attached (Transcript of Proceeding). See also ECF 29.

4. On October 10, 2023, defendant appealed the decision of the Magistrate Judge to the Honorable Kevin McNulty. Defendant was indicted on October 16, 2023. See ECF 33. On October 26, 2023, Judge McNulty denied defendant's appeal of the Magistrate's decision and ordered his continued detention. See ECF 38.

5. Defendant has entered into a plea agreement to resolve all charges against him. See ECF 55. Subsequently, he made a Motion to withdraw his guilty plea which will be heard by the Honorable Michael A. Shipp. See ECF 68 and 69. Tragically, David's mother was found dead. He proposes to be released on the following conditions:

- Home confinement with electronic monitoring with allowance to leave the home to arrange for funeral and attend funeral services.

- Live with Kenyonah Felix at her home in Newark with

2

> Ms. Felix serving as a third-party custodian and co-signor of any bond;
> 
> - Tiffany Rush to also co-sign any bond.
> 
> - Return to the Essex County Correctional Facility day after his mother is laid to rest.

6. According to the initial reports, David's mother died December 10, 2025, but the family was not notified until this Monday, December 15, 2025. David's mother's body is still in the Essex County Morgue in Newark pending an autopsy.

7. I have spoken to David's sister, Nikki Field, who desperately wants David home to help with the funeral arrangements, particularly since there is life insurance policy paperwork that requires David's signatures.

8. I have also spoken to Amber Ditter, David's other sister, who confirms the family needs David's presence at home at this time.

9. I have spoken to Ms. Felix who confirmed the above bail package.

**I HEREBY CERTIFY** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Vincent J. LaPaglia<br>
VINCENT J. LA PAGLIA

DATED: December 19, 2025