# VINCENT J. LAPAGLIA

Attorney at Law
51 Newark Street, Suite 308
Hoboken, New Jersey 07030
TEL. 201.222.6615; FAX 201.222.6318
vjl@vlapaglialaw.com
Admitted in New Jersey & New York

December 19, 2025

James B. Clark, III, U.S.M.J.
U.S. District Court
District of New Jersey
Newark, New Jersey

RE: United States v. Butler
    Criminal No. 23-828

Dear Judge Clark:

This office represents the interest of David Butler in the referenced matter. Due to the untimely death of David's mother, I am making this emergent bail application so he can be released from Essex County Jail to aid his family in making funeral arrangements and attending funeral service of his mother.

I initially sent this Motion to Judge Allen who advised me to forward same to His Honor Michael A. Shipp, which I did. However, as I understand Your Honor is the duty judge next week, I am also sending a copy of said Motion to You.

Further, I have sent a copy of this Motion to Jennifer Powers and Elizabeth Charleston, both of Pretrial Services to review and advise Your Honor should Your Honor be hearing this matter next week.

Respectfully,

VINCENT J. LA PAGLIA
VJL/zm
Enclosure
cc: George M. Barchini, Assistant U.S. Attorney
    Elizabeth Charleston – Pretrial Services
    Jennifer Powers – Pretrial Services